## CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

| | | | |
|---|---|---|---|
| ALMATY | ISTANBUL | | |
| ASHGABAT | LONDON | ATTORNEYS AND COUNSELLORS AT LAW | |
| ASTANA | MEXICO CITY | | TELEPHONE 212-696-6000 |
| BEIJING | MILAN | 101 PARK AVENUE | FACSIMILE 212-697-1559 |
| BUENOS AIRES | MUSCAT | NEW YORK, NEW YORK 10178-0061 | WWW.CURTIS.COM |
| DUBAI | PARIS | | |
| FRANKFURT | ROME | | TURNER P. SMITH |
| HOUSTON | WASHINGTON, D.C. | | TEL: 212-696-6121 |
| | | | FAX: 917-368-8821 |
| | | | E-MAIL: tsmith@curtis.com |

August 15, 2016

Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

  Re: *Ottah v. BMW, et al.*
     Civil Action No. 1:15-cv-02465-LTS

Dear Judge Swain:

  Defendants FCA US LLC, Ford Motor Company, Hyundai Motor America, Jaguar Land Rover North America, LLC, Kia Motors America, Inc., Toyota Motor Corporation, General Motors LLC, Mazda Motor Corporation, Fuji Heavy Industries, Ltd., and Nissan Motors Co. Limited (collectively, "Defendants") jointly request that the Court stay the initial pre-trial conference currently scheduled for September 8, 2016 (Dkt. No. 158), pending the Court's ruling on the renewed dispositive motions discussed below.

  Pursuant to the Court's February 10, 2016 Order (Dkt. No. 142), Defendants submitted renewed dispositive motions (Dkt. Nos. 144, 149, 154 and 155) on March 2 in response to Plaintiff's Second Amended Complaint (Dkt. No. 89). The motions are fully briefed and defendants respectfully submit that a stay of the initial pre-trial conference is appropriate in view of these pending dispositive motions. The initial pre-trial conference can be rescheduled, if necessary, after the Court has heard and ruled on the pending dispositive motions.

  Defendants telephoned Mr. Ottah on August 15 to discuss this request. Mr. Ottah indicated that he does not oppose this request.

             Respectfully,

             /s/*Turner P. Smith*

             Turner P. Smith
             Counsel for Toyota Motor Corporation

cc: Mr. Chikezie Ottah (by mail and e-mail eddyottah@yahoo.com)
    All Counsel of Record (by CM/ECF)