UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

OTTAH,

                Plaintiff,

-against-

BMW et al.,

                Defendants.

------------------------------------------------------x

No. 15 CV 2465-LTS

ORDER

        The Court has received and reviewed Plaintiff's "Motion to Reopen Case." (Docket Entry No. 187.) This case was dismissed on February 1, 2017, upon the Court's Memorandum Opinion and Order (Docket Entry No. 178), and the dismissal was affirmed by the Court of Appeals for the Federal Circuit on March 7, 2018. (Docket Entry No. 185.) The only basis proffered for the motion is Plaintiff's assertion that a member of the Clerk's office of the Supreme Court of the United States advised Plaintiff to "restate" the case in this Court after informing Plaintiff that his attempt to file a petition for certiorari was untimely. Such alleged advice provides no proper ground for reopening this case, and the instant motion to reopen the case presents no grounds upon which relief from the judgment pursuant to Federal Rule of Civil Procedure 60(b) could be granted. The motion is therefore denied.

        This order resolves docket entry number 187.

    SO ORDERED.

Dated: New York, New York
       November 15, 2019

                                          /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         United States District Judge

Copy Mailed To:    Chikezie Ottah
                         170 South Portland Ave. Apt 14F
                         Brooklyn, NY 11217